UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WALTER ALEX CERDAN GUERRERO,    )
                                )
                Petitioner,     )
                                )
        v.                      )      No. 2:26-cv-00428-MPB-MKK
                                )
BRISON SWEARINGEN,              )
FIELD OFFICE DIRECTOR,          )
DAVID J. VENTURELLA,            )
MARKWAYNE MULLIN,               )
TODD BLANCHE,                   )
                                )
                Respondents.    )

**ORDER**

Walter Cerdan Guerrero is a noncitizen from Peru detained in the Clay County Jail on behalf of U.S. Immigration and Customs Enforcement ("ICE"). He filed a petition for a writ of habeas corpus challenging his detention. On August 7, 2026, the Court conditionally granted the petition and ordered Respondents to file documentation on or before 12:00 p.m. on August 11, 2026, demonstrating that Mr. Cerdan Guerrero received an initial custody review as provided under 8 C.F.R. § 241.4. Dkt. 12. As an alternative, the Respondents could release Mr. Cerdan Guerrero from detention under reasonable conditions of supervision. *Id.* The Court deferred final resolution of the petition until after Respondents had an opportunity to demonstrate compliance with the regulation. *Id.*

The Respondents submitted notice on August 11, 2026, that Mr. Cerdan Guerrero was released from detention on an order of supervised release. Dkt. 13. Because this was the relief that Mr. Cerdan Guerrero sought in his petition, *see* dkt. 1 at 17, this action is now moot. *See White v. Indiana Parole Bd.*, 266 F.3d 759, 763 (7th Cir. 2001) (stating that an becomes moot once a court's ruling will not change the length of the petitioner's custody).

Accordingly, this action is **dismissed without prejudice**. The **clerk is directed** to enter final judgment.

**IT IS SO ORDERED.**

Date: 8/13/2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

Nora Unverzagt Galindo
Law Office of Nora Galindo
nora@noragalindolaw.com

Liberty L. Roberts
Church Church Hittle & Antrim
lroberts@cchalaw.com

Paul Umbaugh, IV
DOJ-USAO
paul.umbaugh@usdoj.gov